**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Jae-Ho shin v. American Bureau of Shipping

Appellate case number:    01-18-00833-CV

Trial court case number:  2018-07486

Trial court:              127th District Court of Harris County

Appellant has filed a statement of inability to afford costs in this Court.  Absent a record containing documents concerning indigence, we are unable to determine if appellant is entitled to proceed without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1); TEX. R. CIV. P. 145(a).

Accordingly, the District Clerk is directed to file, **within 10 days of the date of this order**, by preparing, certifying, and filing with this court a supplemental clerk's record, containing appellant's affidavits of indigence, contests to appellant's affidavits of indigence, and trial court orders ruling on contests to appellant's affidavits of indigence.  *See* Tex. R. App. P. 34.5(c).

It is so ORDERED.

Judge's signature: <u>Sherry Radack</u>
                   ☒ Acting individually      ☐ Acting for the Court


Date:  <u>October 30, 2018</u>